

10-15-10JWL148924-1     65100-1152LIT-4786

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| O'NEILL PLUMBING CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10 C 616 |
| | ) | |
| PLUMBERS' PENSION FUND, LOCAL UNION 130, U.A., et al., | ) | Judge Amy J. St. Eve |
| | ) | |
| | ) | Magistrate Judge |
| Defendants. | ) | Michael T. Mason |

## AGREED JUDGMENT IN A CIVIL CASE

This matter having come to be heard on Agreed Motion for Entry of Agreed Judgment, due notice having been given, the parties having agreed to settle and resolve this matter and having had full opportunity to consult with legal counsel, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that judgment is entered against Plaintiff, O'Neill Plumbing Co., Ltd., and Frank J. O'Neill, individually and d/b/a O'Neill Plumbing Company, and in favor of Defendants, Plumbers' Pension Fund, Local 130, U.A. (misnamed as "Plumbers Pension Fund Local Union 130, U.A."), Plumbers' Welfare Fund, Local 130, U.A. (misnamed as "Plumbers Welfare Fund Local Union 130, U.A."), The Trust Fund for Apprentice and Journeymen Education and Training, Local 130, U.A. (misnamed as "Trust Fund for Apprentice and Journeymen Education and Training, Local Union 130, U.A."), Chicago Journeymen Plumbers' Local Union 130, U.A., Group Legal Services Plan Fund (misnamed as "Group Legal Service Plan Fund"), Plumbing Council of Chicagoland, and Chicago Journeymen Plumbers' Local

AGREED JUDGMENT IN A CIVIL CASE
No. 10 C 616
Page Two

Union 130, U.A. (collectively, "Funds"), on Plaintiff's complaint to vacate the Decision and Award issued by Joint Arbitration Board dated October 15, 2009, in favor of Funds; and

IT IS FURTHER ORDERED that the Decision and Award issued by the Joint Arbitration Board dated October 15, 2009, is hereby confirmed in its entirety; and

IT IS FURTHER ORDERED that judgment is entered against Plaintiff, O'Neill Plumbing Co., Ltd., and Frank J. O'Neill, individually and d/b/a O'Neill Plumbing Company, jointly and severally; and in favor of Defendants, Plumbers' Pension Fund, Local 130, U.A., Plumbers' Welfare Fund, Local 130, U.A., The Trust Fund for Apprentice and Journeymen Education and Training, Local 130, U.A., Chicago Journeymen Plumbers' Local Union 130, U.A., Group Legal Services Plan Fund, Plumbing Council of Chicagoland, and Chicago Journeymen Plumbers' Local Union 130, U.A., in the amount of $418,180.73; and

IT IS FURTHER ORDERED that this judgment is subject to a Forbearance Agreement dated October 15, 2010, signed by O'Neill Plumbing Co., Ltd; Frank J. O'Neill, individually and d/b/a O'Neill Plumbing Company; and Funds.

IT IS FURTHER ORDERED that this judgment is final and there is no just reason for delay in enforcement or appeal.

Dated: October 18, 2010

ENTER:

_____
Honorable Amy J. St. Eve,
United States District Court

AGREED JUDGMENT IN A CIVIL CASE
No. 10 C 616
Page Three

*Agreed:*

O'Neill Plumbing Co., Ltd.,
by its attorney, Robert H. Brown

_____
Robert H. Brown
LANER, MUCHIN, DOMBROW, BECKER,
LEVIN & TOMINBERG, LTD.
515 N. State Street, Suite 2800
Chicago, IL 60654-4688
312.467.9800

Plumbers' Pension Fund, Local 130, U.A.,
et al., by their attorneys, John W. Loseman,
Douglas A. Lindsay, and Brian T.
Bedinghaus

_____
John W. Loseman
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1258

*Agreed as to form and substance:*

O'Neill Plumbing Co., Ltd.

_____  10/18/10
By: Frank J. O'Neill, president
3953 N. Natchez Avenue
Chicago, IL 60634
~~773.777.8106~~
773 519-8109

Frank J. O'Neill, individually and d/b/a
O'Neill Plumbing Company

_____ 10/18/10
Frank J. O'Neill
3953 N. Natchez Avenue
Chicago, IL 60634
~~773.777.8106~~
773 519-8109

3